# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PENNENERGY RESOURCES, LLC, | : | No. 273 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WINFIELD RESOURCES, LLC AND MDS | : | |
| ENERGY DEVELOPMENT, LLC, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.